UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE


**EnergyNorth Nat. Gas**

    **v.**				Case No. 00-cv-430-PB

**Lloyds Underwriters, et al.**


### O R D E R

The Motion to Amend (doc. no. 116) is granted.  The amendment is allowed.  Defendant shall attempt to reach an agreement with the plaintiff concerning any additional discovery that will be required to address the added claims. If the parties are unable to agree, the defendant may submit a motion to reopen discovery.  Any such motion shall be filed on or before December 23, 2005.

    SO ORDERED.

                                                      /s/Paul Barbadoro
                                                     Paul Barbadoro
                                                     United States District Judge

December 5, 2005

cc:  David M. Alt, Esq.
     John L. Altieri, Esq.
     Richard Apiscopa, Esq.
     Edmund Boutin, Esq.
     Michael Chefitz, Esq.
     Doreen Connor, Esq.
     Stephen Duggan, Esq.

Bruce Felmly, Esq.
Robert Firrilo, Esq.
John Frumer, Esq.
Todd Hathaway, Esq.
Lawrence Serlin, Esq.
Mark Sheridan, Esq.