```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**EnergyNorth Natural Gas, Inc.**

    **v.**                                    **Case No. 00-cv-430-PB**

**Certain Underwriters
at Lloyd's, London, et al.**


**SCHEDULING ORDER ON ALLOCATION ISSUES**

After meeting with the parties via telephone conference, I set the following schedule for briefing of issues related to allocation:

**Joint Submissions**

1. EnergyNorth Natural Gas, Inc. ("ENGI") and American Re-Insurance shall file a joint submission setting forth the background facts bearing on allocation issues with regard to the Manchester site on or before May 4, 2006.

2. ENGI and Century Indemnity Company shall file a joint submission setting forth the background facts bearing on

allocation issues with regard to the Keene site on or before May 4, 2006.

## **Briefing**

1. Each party shall file a brief of 50 or fewer pages setting forth its position as to certification and allocation issues on or before June 5, 2006.

2. If any party wishes to file a reply brief of 20 or fewer pages, it may do so on or before June 19, 2006.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 20, 2006

cc: Attorneys of Record