UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>EnergyNorth Natural Gas, Inc.</u>

   v.         Civil No. 00-cv-430-PB
                 01-cv-372-PB
<u>Certain Underwriters at Lloyd's, London, et al</u>


O R D E R

 The cases shall be administratively closed and stayed until after the New Hampshire Supreme Court rules on the questions certified in Case No. 00-cv-430-PB.

 SO ORDERED.


September 29, 2006       /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge


cc: Counsel of Record