**UNITED STATES DISTRICT COURT**
             **FOR THE DISTRICT OF NEW HAMPSHIRE**

**EnergyNorth Natural Gas, Inc.**

    **v.**                                     Case No. 00-cv-430-PB

**Certain Underwriters at**
**Lloyd's, London, et al.**


### **O R D E R**

    The court appoints Russell Hilliard to serve as special master to meet with the parties and assist them in resolving any remaining disputes.  If special Master Hilliard is unable to resolve all remaining issues, he shall prepare and file a report identifying those issues that have been resolved and those that remain to be resolved.

    All pending motions are denied without prejudice.  No further filings shall be made until further order of the court.  Attorney Hilliard shall submit bills to the court for approval on

a monthly basis.  Each side shall be liable for one-half of special master Hilliard's reasonable fees and expenses.

    SO ORDERED.

                                               /s/Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

November 30, 2007

cc:    Counsel of Record
       Russell Hilliard, Esq.